UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANELYS HERNANDEZ,<br><br>       Plaintiff(s),<br><br>  -against-<br><br>B.C. HATS, INC.,<br><br>       Defendant(s). | 23-cv-2497 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  This action was filed on March 24, 2023. Dkt. 1. It was reassigned to this Court on August 29, 2023. Defendant has yet to appear, and there is no evidence on the docket that Plaintiff has served Defendant. There has been no activity in this case since the week it was filed.

  By **October 5, 2023, at 12:00 p.m.**, Plaintiff is hereby ORDERED to file on ECF a letter updating the Court on the status of the case. The letter shall address (1) whether this case has settled or otherwise been terminated, (2) whether there have been any communications with Defendant, and (3) Plaintiff's efforts to serve Defendant. The letter shall not exceed two (2) pages.

  SO ORDERED.

Dated: October 2, 2023
    New York, New York

                     _____
                        ARUN SUBRAMANIAN
                        United States District Judge