UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANELYS HERNANDEZ,<br><br>        Plaintiff,<br><br>    -against-<br><br>B.C. HATS, INC.,<br><br>        Defendant. | 23-cv-2497 (AS)<br><br>ORDER OF DISMISSAL |

ARUN SUBRAMANIAN, United States District Judge:

  The complaint in this case was filed on March 24, 2023. Dkt. 1. Plaintiff has not yet served Defendant. Under Federal Rule of Civil Procedure 4(m), the Court "must dismiss the action" if Defendant "is not served within 90 days after the complaint is filed" or "order that service be made within a specified time." If "the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period." *Id.* The Court has already granted multiple extensions. Dkts. 7, 15. And the Court gave Plaintiff notice that failure to serve within the last extension period (which expired on November 20, 2023) could result in this case's dismissal. Dkt. 15. Plaintiff has not shown good cause for further extension, nor would it be appropriate to further extend the time for service. Thus, under Rule 4(m), this case is DISMISSED WITHOUT PREJUDICE.

  The Clerk of Court is respectfully directed to CLOSE this case.

  SO ORDERED.

Dated: November 27, 2023
    New York, New York

                      ARUN SUBRAMANIAN
                      United States District Judge